Andre PORTER, Appellant,

v.

ST. LOUIS COUNTY, MISSOURI; St. Louis County Health Department; Unknown Rotnick, St. Louis County Health Department, Individually and Officially; Unknown Todd, Doctor, St. Louis County Health Department, Individually and Officially; Rita Hendrick, Nursing Supervisor, St. Louis County Health Department, Individually and Officially; Deb Kinder, Head Nurse, St. Louis County Health Department, Individually and Officially; R.N. Jane Unknown, Nurse, St. Louis County Health Department, Individually and Officially; Hector Sanchez, Nurse, St. Louis County Health Department, Individually and Officially; Kate Rudisill, Nurse, St. Louis County Health Department, Individually and Officially; Gary Preston, St. Louis County Health Department, Individually and Officially; Henry Willis, Correctional Officer, St. Louis County Justice Center, Individually and Officially; Tina Hahler, Caseworker, St. Louis County Justice Center, Individually and Officially; Alexis Woods, Correctional Officer, St. Louis County Justice Center, Individually and Officially; Al Breeding, Unit Manager, St. Louis County Justice Center, Individually; Charles Dooley, County Executive, Officially; Roy Mueller, Director of Justice Services, Individually, Appellees.

No. 10–3324.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2011.

Filed: Jan. 7, 2011.

Andre Porter, Jefferson City, MO, pro se.

Robert Edward Fox, Jr., County Counselor's Office, St. Louis, MO, for Appellees.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Andre Porter appeals the adverse grant of summary judgment entered by the District Court[1] in this 42 U.S.C. § 1983 action. Having conducted de novo review of the record and viewing the evidence in the light most favorable to Porter, *see Mason v. Corr. Med. Servs., Inc.*, 559 F.3d 880, 884–85 (8th Cir.2009) (standard of review), we cannot say that defendants' conduct rose to the level of deliberate indifference within the meaning of applicable case law,

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

*see Langford v. Norris,* 614 F.3d 445, 459–60 (8th Cir.2010). We also conclude that the District Court did not improperly consider the affidavits that were notarized by defense counsel, and did not abuse its discretion in declining to appoint counsel. Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Porter's motion for counsel.